UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

JS-6

### CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No.  **CV 21-7546-JFW(Ex)** | Date: September 27, 2022 |
| Title: Jesus Gomez, et al. *-v-* Warrent Stanley, et al. | |

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **Shannon Reilly**<br>**Courtroom Deputy** | **None Present**<br>**Court Reporter** |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   DISMISSAL OF ACTION FOR LACK OF PROSECUTION

As a result of Plaintiff's failure to serve the Summons and Complaint within 120 days after the Complaint was filed, the Court hereby dismisses this action without prejudice. *See* Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Initials of Deputy Clerk  sr